■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN S. ROBINSON, Appellant. [785 NYS2d 340]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered October 16, 2002, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

As part of his plea agreement, the defendant effectively waived appellate review of the issue raised on appeal (*see People v Muniz,* 91 NY2d 570 [1998]; *People v Callahan,* 80 NY2d 273 [1992]; *People v Seaberg,* 74 NY2d 1 [1989]; *People v Moissett,* 76 NY2d 909, 911 [1990]). We have, however, examined the defendant's contention that the sentence imposed was excessive, and find it to be without merit (*see People v Kazepis,* 101 AD2d 816 [1984]). Krausman, J.P., Luciano, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES RUSSELL, Appellant. [785 NYS2d 340]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 25, 1993 (*People v Russell,* 189 AD2d 901 [1993]), affirming a judgment of the Supreme Court, Kings County, rendered February 19, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and Florio, JJ., concur.